NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANS OVA GENETICS, L.C.,**
*Appellant*

**v.**

**XY, LLC,**
*Appellee*

---

2019-2312

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00250.

---

## JUDGMENT

---

DAVID A. KELLY, Barnes & Thornburg LLP, Atlanta, GA, argued for appellant. Also represented by STEVEN SHIPE, Washington, DC.

Z.W. JULIUS CHEN, Akin Gump Strauss Hauer & Feld LLP, Washington, DC, argued for appellee. Also represented by KIRT S. O'NEILL, GEORGE ANDREW LEVER ROSBROOK, San Antonio, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| September 8, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |